IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Blissitt, Leticia A

Printed: 7/22/08

Case Number: 08 B 01833
Judge: Hollis, Pamela S
Filed: 1/28/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: July 18, 2008
Confirmed: March 24, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 400.00 |  |
| Secured: |  | 200.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 175.16 |
| Trustee Fee: |  | 24.84 |
| Other Funds: |  | 0.00 |
| Totals: | 400.00 | 400.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,314.00 | 175.16 |
| 2. | Meadows Credit Union | Secured | 2,448.28 | 200.00 |
| 3. | Asset Acceptance | Unsecured | 32.79 | 0.00 |
| 4. | AmeriCash Loans, LLC | Unsecured | 84.92 | 0.00 |
| 5. | Target National Bank | Unsecured | 34.22 | 0.00 |
| 6. | Meadows Credit Union | Unsecured | 379.75 | 0.00 |
| 7. | Dakota State Bank | Unsecured | 47.08 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 29.97 | 0.00 |
| 9. | B-Real LLC | Unsecured | 46.38 | 0.00 |
| 10. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 77.88 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 141.00 | 0.00 |
| 13. | Nicor Gas | Unsecured | 130.10 | 0.00 |
| 14. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 15. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 16. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 17. | H&F Law | Unsecured |  | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 22. | Alliance One | Unsecured |  | No Claim Filed |
| 23. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 24. | Mechants & Professional Credit Bureau | Unsecured |  | No Claim Filed |
| 25. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Blissitt, Leticia A | Case Number: 08 B 01833 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 7/22/08 | Filed: 1/28/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 27. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 28. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 29. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 30. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 31. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 32. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 33. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 34. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 35. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 36. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 37. | Sallie Mae | Unsecured | | No Claim Filed |
| 38. | Target Financial Services | Unsecured | | No Claim Filed |
| 39. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 40. | University Of Phoenix | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 6,791.37 | $ 375.16 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 5.71 |
| 6.5% | 19.13 |
| | _____ |
| | $ 24.84 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

